# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140572-4 & (63)

ELIZABETH FARLEY, Personal Representative
of the Estate of FRANKLIN FARLEY,
      Plaintiff-Appellant/
      Cross-Appellee,

v

SC: 140572-4
COA: 283405, 283418, 284681
Wayne CC: 02-237107-NH

NEVINE M. CARP, JOHN SCHAIRER, D.O.,
ADVANCED CARDIOVASCULAR HEALTH
SPECIALISTS, P.C., and MIRCEA R. CARP, M.D.,
      Defendants-Appellees,
and

GARDEN CITY HOSPITAL,
      Defendant-Appellee/
      Cross-Appellant.
_____/

On order of the Court, the application for leave to appeal the January 5, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant the application for leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2011

Clerk

d0323